United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

12 CV 723

1) indicated that this case is related to the following case(s):

11cv5780

-OR-

2) the case was directly assigned to Judge _____

and Magistrate Judge _____ as a Pro Se or Habeas case related to

___CR/CV____