# DAVIDOFF MALITO & HUTCHER LLP

NEW YORK
605 THIRD AVENUE
NEW YORK, N.Y. 10158
(212) 557-7200

ATTORNEYS AT LAW
200 GARDEN CITY PLAZA
SUITE 315
GARDEN CITY, NEW YORK 11530

(516) 248-6400
FAX (516) 248-6422
WWW.DMLEGAL.COM

ALBANY
150 STATE STREET
ALBANY, N.Y. 12207
(518) 465-8230

WASHINGTON, D.C.
444 NORTH CAPITOL STREET, N.W.
WASHINGTON, D.C. 20001
(202) 347-1117

WRITER'S DIRECT: 516.247.4449

March 29, 2012

Hon. Nina Gershon
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *GEICO et al. v. Excel Imaging, P.C., et al.*, Case No.: CV-12-723

Dear Judge Gershon:

  As your Honor is aware, this office represents Defendants in this action (with the exception of Mark D. Freilich, M.D.), and I am writing in response to Plaintiffs' letter motion requesting that this case be reassigned to Judge Weinstein (ECF Document No. 18), by reason of a purportedly related case pending before Judge Weinstein (*Liberty Mutual, et al. v. Excel Imaging P.C., et al.,* Case No. 11-CV-05780-JBW-RLM) (the "*GEICO Action*").

  By this letter, Defendants object to requested reassignment to Judge Weinstein, *inter alia*, on the grounds that the application is, at the very least, premature. More specifically, Plaintiffs have requested and the Clerk has entered Notations of Default against Defendants Excel Imaging, P.C., Pervez Iqbal Qureshi, Afzal M. Amanat, Mohammed Shafkat Ilahi, Claimnet, LLC and Amaar Holding, LLC. As your Honor is aware, the undersigned has requested a pre-motion conference to address the entry of those defaults and, unless and until that issue is decided, it is respectfully submitted that the Court will not have all the information it needs to determine the extent of the alleged overlay of issues, if any. Moreover, it is equally likely that Plaintiffs are seeking the consolidation of these cases in order to gain a competitive advantage in discovery from the Defendants against which defaults are sought in this action, but who have otherwise appeared in the purportedly related GEICO Action.

  On these facts, Defendants submit that it is, at the very least, premature to consider Plaintiffs' request for consolidation at this time and, as a result, request that the application be denied.

80081206

DAVIDOFF MALITO & HUTCHER LLP

Hon. Nina Gershon
March 29, 2012
Page 2

        In closing, I thank your Honor for her consideration of this request.

                                              Respectfully yours,

                                              Andrew Paul Cooper

cc:    Hon. Jack B. Weinstein
        P. Stephanie Estevez, Esq. (via ECF)
        Rivkin Radler (via ECF)

80081206