UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
LIBERTY MUTUAL INSURANCE COMPANY,
et al.

Docket No.: CV 11-05780 (JBW) (RLM)

                      Plaintiffs,

    -against-

EXCEL IMAGING, P.C., et al.,

                      Defendants.
----------------------------------------------------------------X

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for plaintiffs, Liberty Mutual Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Insurance Corporation, The First Liberty Insurance Corporation, LM Insurance Corporation, Liberty Mutual Mid-Atlantic Insurance Company, Liberty County Mutual Insurance Company, and LM Property and Casualty Insurance Company (collectively, "Plaintiffs") and defendants, Mark D. Freilich, M.D., Faisal Abdus Sami, M.D., Tariq R. Khan, M.D., Pervez Iqbal Qureshi, M.D., Naiyer Imam, M.D., Afzal M. Amanat, Mohammed Shafkat Ilahi, Claimnet L.L.C., Amaar Holdings Inc., and Excel Imaging, P.C. (collectively, "Defendants"), that Plaintiffs' claims against all defendants in this action are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2). Plaintiffs and all of the defendants shall each bear their own costs and counsel fees in connection with the prosecution and/or defense of this action.

This stipulation may be signed in counterparts and facsimile or PDF signatures shall be treated as originals.

This stipulation may be filed without further notice with the Clerk of the Court.

80084712

DATED: Uniondale, New York
August 14, 2012

RIVKIN RADLER LLP

BY: /s/ Michael A. Sirignano
Michael A. Sirignano
926 RXR Plaza
Uniondale, New York 11556-0926
Tel. No.: (516) 357-3000
Fax No.: (516) 357-3333

*Attorneys for Plaintiff,
Liberty Mutual Insurance Company, Liberty
Mutual Fire Insurance Company, Liberty
Insurance Corporation, The First Liberty
Insurance Corporation, LM Insurance
Corporation, Liberty Mutual Mid-Atlantic
Insurance Company, Liberty County Mutual
Insurance Company, and LM Property and
Casualty Insurance Company*

ROTTENBERG LIPMAN RICH P.C.

BY: /s/
Robert Adam Freilich
369 Lexington Avenue
New York, New York 10017
Tel. No.: (212) 661-3080
Fax No.: (212) 867-1914

*Attorneys for Defendant,
Mark D. Freilich, M.D.*


DAVIDOFF HUTCHER & CITRON LLP (f/k/a
Davidoff Malito & Hutcher LLP)

BY: /s/ Andrew Paul Cooper
Andrew Paul Cooper
200 Garden City Plaza, Suite 315
Garden City, New York 11530
Tel. No.: (516) 248-6400
Fax No.: (516) 248-6422

*Attorneys for Defendants,
Faisal Abdus Sami, M.D., Tariq R. Khan, M.D.,
Pervez Iqbal Qureshi, M.D., Naiyer Imam,
M.D., Afzal M. Amanat, Mohammed Shafkat
Ilahi, Claimnet L.L.C., Amaar Holdings Inc.,
and Excel Imaging, P.C.*

2643440 v1

30084712

2